JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Jamar Richardson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) CASE NO:  2:20-cr-295-JCM-EJY |
| Plaintiff, | ) **UNOPPOSED MOTION TO CONDUCT A** |
| | ) **PRE-PLEA PRESENTENCE REPORT** |
| vs. | ) **AND PROPOSED ORDER** |
| | ) |
| JAMAR RICHARDSON, | ) (First Request) |
| Defendant. | ) ) ) ) ) ) |
| _____ | ) |

COMES NOW, JAMAR RICHARDSON, by and through his attorney, JAMES A.

ORONOZ ESQ., of the Law Firm of Oronoz & Ericsson, LLC, and hereby moves this

Honorable Court to order the United States Department of Parole & Probation to conduct a

pre-plea presentence report of JAMAR RICHARDSON.

This request is based upon the pleadings and papers on file herein, the attached

Memorandum of Point and Authorities, and any oral argument the Court may entertain.

DATED: April 19, 2021

*/s/ James A. Oronoz*
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, NV 89145
*Attorney for Jamar Richardson*

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

### I.  STATEMENT OF FACTS

On October 27, 2020, a federal grand jury issued a Criminal Indictment charging Jamar Richardson with one count of Felon in possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  This case is currently set for trial on October 18, 2021.

### II.  LEGAL ARGUMENT

A presentence investigation may be initiated prior to entry of a guilty plea or nolo contendere or prior to the establishment of guilt. *See,* <u>Fed. R. Crim. P. 32.</u>

Counsel requires a pre-plea presentence report to determine whether Mr. Richardson is potentially eligible for Career Offender or Armed Career Criminal.

Counsel understands that Mr. Richardson has prior felony convictions, however, counsel cannot accurately calculate whether Mr. Richardson qualifies as a Career Offender or for the Armed Career Criminal ("ACCA") sentencing enhancement without the information that would be provided in the Pre-Plea PSR.  Mr. Richardson's eligibility for Career Offender and the ACCA will drastically impact his sentencing exposure, potential negotiations, and his decision as to how he should proceed in this matter.  In addition, the timing of Mr. Richardson's prior convictions could impact his sentencing guideline range and criminal history score.  A pre-plea presentence report will promote judicial economy and could greatly expedite the manner in which this case is resolved.  Furthermore, Mr. Richardson consents to the pre-plea presentence investigation.

Counsel for Mr. Richardson has spoken to the Government, and they do not oppose the instant motion.

Therefore, undersigned counsel respectfully requests this Court issue an Order directing the United States Department of Parole and Probation to conduct a pre-plea presentence report of Mr. Richardson.

III.     CONCLUSION

Based on the foregoing, Defendant asks this Court to grant his Motion to Conduct a Pre-Plea Presentence Report.   Defendant further requests this Court order the United States Department of Parole & Probation to conduct a pre-plea presentence report of Mr. Richardson.

Dated this 19th day of April, 2021.

/s/ James A. Oronoz
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, NV 89145
Attorney for Jamar Richardson

3

1

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

2

3

4

5

*Attorney for Jamar Richardson*

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

\* \* \*

9

10

UNITED STATES OF AMERICA,
          Plaintiff,

11

12

          vs.

13

JAMAR RICHARDSON,
          Defendant.

14

15

16

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO:  2:20-cr-295-JCM-EJY

**ORDER**

17

18

        IT IS HEREBY ORDERED that the United States Department of Parole and Probation

19

will prepare a Pre-Plea Presentence Report on Defendant JAMAR RICHARDSON.

20

        DATED AND DONE this 19th day of April, 2021.

21

22

23

_____
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

4