CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMAR RICHARDSON,<br><br>Defendant. | Case No.: 2:20-cr-00295-JCM-EJY<br><br>**GOVERNMENT'S MOTION TO DISMISS COUNT 2 IN CRIMINAL INDICTMENT AGAINST DEFENDANT JAMAR RICHARDSON PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |

COMES NOW the United States of America, by and through Christopher Chiou, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the charge (Count 2) brought against defendant Jamar Richardson contained in the Indictment in case number 2:20-cr-00295-JCM-EJY filed on October 13, 2020 (ECF 9) in the interests of justice.

/ / /

/ / /

/ / /

/ / /

/ / /

1  The defendant is in custody on the captioned matter.

2      DATED this 16th day of November 2021.

                                            Respectfully Submitted,
                                            CHRISTOPHER CHIOU
                                            Acting United States Attorney

                                            */s/ Melanee Smith*
                                            MELANEE SMITH
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMAR RICHARDSON,<br><br>Defendant. | Case No.:  2:20-cr-00295-JCM-EJY<br><br>**ORDER OF DISMISSAL OF COUNT 2 IN CRIMINAL INDICTMENT AGAINST DEFENDANT JAMAR RICHARDSON** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the charge (Count 2) brought against defendant Jamar Richardson contained in the Indictment in case number 2:20-cr-00295-JCM-EJY.

> CHRISTOPHER CHIOU
> Acting United States Attorney
>
> By  /s/ *Melanee Smith*
> MELANEE SMITH
> Assistant United States Attorney
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the foregoing dismissal of the charge (Count 2) brought against defendant Jamar Richardson contained in the Indictment in case number 2:20-cr-00295-JCM-EJY.

Dated: November 17, 2021.

> _____
> HONORABLE JAMES C. MAHAN
> United States District Judge